No. 85–239. HOFFMAN ET AL. *v.* SYLVA. C. A. 11th Cir. Certiorari denied.

No. 85–502. NATIONAL ASSOCIATION OF BROADCASTERS ET AL. *v.* QUINCY CABLE TV, INC., ET AL. C. A. D. C. Cir. Certiorari denied.

No. 85–1372. OHIO *v.* THOMAS, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY. C. A. 6th Cir. Certiorari denied.

No. 85–1382. ROSE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–1405. MACKENZIE ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 85–1441. WASHINGTON ET AL. *v.* HAWAII ET AL. Sup. Ct. Haw. Certiorari denied.

No. 85–1546. MID-STATE HOMES, INC. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 85–1561. ORGANIZED FISHERMEN OF FLORIDA ET AL. *v.* HODEL, SECRETARY OF THE INTERIOR, ET AL. C. A. 11th Cir. Certiorari denied.

No. 85–1591. SCHWANECKE ET AL. *v.* ALI ET AL. Ct. App. Tex., 1st Sup. Jud. Dist. Certiorari denied.

No. 85–1600. BOARD OF COUNTY COMMISSIONERS OF BERNALILLO COUNTY ET AL. *v.* FRIEDMAN. C. A. 10th Cir. Certiorari denied.

No. 85–1602. TEXAS *v.* VAN GUILDER. Ct. Crim. App. Tex. Certiorari denied.